UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA PALMER, CO-CHAIRPERSON OF THE TEAMSTERS LOCAL 837 HEALTH AND WELFARE FUND,<br><br>    Plaintiff<br><br>    v.<br><br>ALUMINUM SHAPES, LLC,<br><br>    Defendant | Civil Action No. 19-4739 (RBS) |

## STIPULATION

The parties to this litigation, by and through their respective counsel, hereby stipulate to the entry of an Order by the Court in favor of Plaintiff Pamela Palmer in her capacity as co-chairperson of the Teamsters Local 837 Health and Welfare Fund and against Defendant Aluminum Shapes, LLC in the amount of $2,470,122.86, representing its principal obligation of $2,042,733.43, plus liquidated damages in the amount of $253,679.08 and interest in the amount of $173,710.36.

FOR ALUMINUM SHAPES, LLC:


/s/ *Jennifer Platzker Snyder*                              Dated: October 22, 2020
Jennifer Platzkere Snyder, Esquire


FOR THE TEAMSTERS HEALTH AND WELFARE FUND:



/s/ *Thomas H. Kohn*                                        Dated: October 22, 2020
Thomas H. Kohn, Esquire

121892948_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA PALMER, CO-CHAIRPERSON OF THE TEAMSTERS LOCAL 837 HEALTH AND WELFARE FUND,<br><br>    Plaintiff<br><br>    v.<br><br>ALUMINUM SHAPES, LLC,<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 19-4739 (RBS)<br>:<br>:<br>:<br>: |

ORDER

AND NOW, this 22nd day of October, 2020, upon consideration of the parties' Stipulation for Entry of Judgment in the above matter, it is hereby ORDERED and DECREED that judgment is entered in favor of Plaintiff Pamela Palmer, in her capacity as Co-Chairperson of the Board of Trustees of the Teamsters Local 837 Health and Welfare Fund, and against Defendant Aluminum Shapes, LLC, in the amount of **$2,470,122.86**.

SO ORDERED BY THE COURT:

_____
R. BARCLAY SURRICK,             J.

121892953_1